

FILED

APR 2 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254  1983
FILING FEE PAID
Yes ___  No ✓
IFP MOTION FILED
Yes ✓  No ___
COPIES SENT TO
Court ✓  Prose ___

UNITED STATES DISTRICT COURT
*SOUTHERN* DISTRICT OF CALIFORNIA

*Eugene Orange*
                            Plaintiff,

    vs.

*A. Hedgapeth Warden*
                            Defendant.

CASE NO. **'08 CV 0767 BTM WMc**

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, *Eugene Orange* declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?                    Yes ___ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1    and wages per month which you received.   (If you are imprisoned, specify the last place of

2    employment prior to imprisonment.)

3    UNKNOW

4

5

6    2.     Have you received, within the past twelve (12) months, any money from any of the following

7    sources:

8      a.     Business, Profession or           Yes ___ No X

9             self employment

10     b.     Income from stocks, bonds,        Yes ___ No X

11             or royalties?

12     c.     Rent payments?                 Yes ___ No X

13     d.     Pensions, annuities, or            Yes ___ No X

14             life insurance payments?

15     e.     Federal or State welfare payments,    Yes ___ No X

16             Social Security or other govern-

17             ment source?

18    If the answer is "yes" to any of the above, describe each source of money and state the amount

19    received from each.

20

21

22    3.     Are you married?             Yes ___ No X

23    Spouse's Full Name: _____

24    Spouse's Place of Employment: _____

25    Spouse's Monthly Salary, Wages or Income:

26    Gross $_____ 0 _____ Net $_____ 0 _____

27    4.    a.     List amount you contribute to your spouse's support:$ _____ 0 _____

28       b.     List the persons other than your spouse who are dependent upon you for support

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.    Do you own or are you buying a home?          Yes ___  No ✗

Estimated Market Value: $_____ 0 _____ Amount of Mortgage: $_____ 0 _____

6.    Do you own an automobile?          Yes ___  No ✗

Make _____ Year _____ Model _____

Is it financed? Yes _____ No ✗ If so, Total due: $_____

Monthly Payment: $_____ 0 _____

7.    Do you have a bank account?  Yes _____ No ✗ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____ 0 _____

Do you own any cash?  Yes ___ No ✗ Amount: $_____ 0 _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ___ No ✗

_____

8.    What are your monthly expenses?

Rent: $_____ 0 _____ Utilities: _____ 0 _____

Food: $_____ 0 _____ Clothing: _____ 0 _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ 0 _____ | $ _____ 0 _____ | $ _____ 0 _____ |
| _____ 0 _____ | $ _____ 0 _____ | $ _____ 0 _____ |
| _____ 0 _____ | $ _____ 0 _____ | $ _____ 0 _____ |

9.    Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?    Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____αCO_____

        I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

        I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4 – 1S – 08

_____            _____
DATE                SIGNATURE OF APPLICANT

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account

statement showing transactions of *Orange, Eugene V64598* for the last six months at

[prisoner name]

*Kern Valley State Prison* where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most

recent 6-month period were $ __*50*__ and the average balance in the prisoner's account

each month for the most recent 6-month period was $ ____*0*____.

Dated: __*4/01/08*__                    *T. Scruggs, Acct Tech*

[Authorized officer of the institution]

- 5 -

```
REPORT ID: TS3030  .701                          REPORT DATE: 04/21/08
                                                 PAGE NO:        1
```

CALIFORNIA DEPARTMENT OF CORRECTIONS
KERN VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT


FOR THE PERIOD: OCT. 01, 2007 THRU APR. 21, 2008


```
ACCOUNT NUMBER : V64598                 BED/CELL NUMBER: FCB800000000202L
ACCOUNT NAME   : ORANGE, EUGENE             ACCOUNT TYPE: I
PRIVILEGE GROUP: A
```

TRUST ACCOUNT ACTIVITY

| | TRAN | | | | | | |
|------|------|-------------|---------|-----------|----------|------------|---------|
| DATE | CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |

```
10/01/2007   BEGINNING BALANCE                                     0.00

  ACTIVITY FOR 2008
03/06*VD54 INMATE PAYROL 1399/FEB92          3.27                  3.27
03/11 W516 LEGAL COPY CH 1442/LCOPY                     0.75       2.52
03/17 FC03 DRAW-FAC 3    1479/FC3D                      2.52       0.00
```


* RESTITUTION ACCOUNT ACTIVITY

```
DATE SENTENCED: 02/10/05                 CASE NUMBER: *SCN165993
COUNTY CODE: *SD                         FINE AMOUNT: $ 56,727.37
```

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|

```
10/01/2007   BEGINNING BALANCE                           56,727.37

03/06/08   VR54     RESTITUTION DEDUCTION-SUPPORT  3.63-  56,723.74
```

```
* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```

THE WITHIN INSTRUMENT IS A
CORRECT COPY OF THE TRUST
ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION

BY _____
TRUST OFFICE

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00 | 3.27 | 3.27 | 0.00 | 0.00 | 0.00 |

```
                                              CURRENT
                                             AVAILABLE
                                              BALANCE
                                            --------------
                                                 0.00
                                            --------------
                                            --------------
```