## VERIFICATION

(C.C.P. §§ 446, 2015.5; 28 U.S.C. § 1746)

I, _Eugene Orange_, declare under the penalty of perjury that:

I am the _Petitioner_ in the attached matter; I have read the foregoing document(s) and know the contents thereof; that the same is true of my own personal knowledge, and if called to testify as to the contents thereof, I could do so competently as a sworn witness.

Executed this _12_ day of _May_, 20_08_, at Kern Valley State Prison, Delano, CA. 93216-5101.

_Eugene Orange_
Declarant

FILED
2008 MAY 20 PM 3:09
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _BV_ DEPUTY
NUNC PRO TUNC
MAY 16 2008

## DECLARATION OF SERVICE BY MAIL

(C.C.P. §§ 446, 2015.5; 28 U.S.C. § 1746)

I, _Eugene Orange_, declare: That I am a resident of Kern Valley State Prison, Delano, California; I am over the age of 18 years; ( [ ] I am / [ ] I am not ) a party to the above entitled action; My address is P.O. Box 5101, Delano, California 93216-5101. I served the attached document(s) entitled: _California Supreme Court Status Report And S157283 Supreme Court Denied_

On the persons/parties specified below by placing a true copy of said document(s) into a sealed envelope with the appropriate postage affixed thereto and placing said envelope(s) into the United States Mail in a deposit box provided for at the Kern Valley State Prison, Delano, California, addressed as follows: _United States District Court For The Southern District Federal Office Building 880 Front Street Suite 4290 San Diego, CA 92101-8900_

There is First Class mail delivery service by the United States Mail at the places so addressed and/or regular communication by mail between the place of mailing and the addresses above. I declare under the penalty of perjury that the foregoing is true and correct and that I executed this service on this _12_ day of _May_, 20_08_, at Kern Valley State Prison, Delano, California 93216-5101.

_Eugene Orange_



MARY JAMESON
AUTOMATIC APPEALS SUPERVISOR

JORGE NAVARRETE
SUPERVISING DEPUTY CLERK

SAN FRANCISCO

NATALIE ROBINSON
SUPERVISING DEPUTY CLERK

LOS ANGELES

## Supreme Court of California

FREDERICK K. OHLRICH
COURT ADMINISTRATOR AND
CLERK OF THE SUPREME COURT

☒ SAN FRANCISCO 94102
EARL WARREN BUILDING
350 McALLISTER STREET
(415) 865-7000

☐ LOS ANGELES 90013
RONALD REAGAN BUILDING
300 SOUTH SPRING STREET
(213) 830-7570

March 20, 2008

Eugene Orange   V-64598
Kern Valley State Prison
P. O. Box 5103
Delano, CA 93216

**Re: S157283 – Orange (Eugene) on Habeas Corpus**

Dear Sir:

In response to your letter requesting status update, received today, please be advised that your writ petition received and filed October 17, 2007 is still pending.

The California Rules of Couurt do not set a time limit within which the Supreme Court must act on habeas corpus petitions. The length of time the court requires to rule on such a petition depends on the complexity of the issues raised in the petition, and on the constraints imposed by the court's workload.

While we do not know in advance when the court will decide your case, a copy of the court's decision will be mailed to you the same day it is filed. Counsel is not appointed in these cases unless the court files an order to show cause. If such an order is filed, counsel would be appointed to represent you in any proceeding that may be scheduled.

Very truly yours,

FREDERICK K. OHLRICH
Court Administrator and
Clerk of the Supreme Court

By: H. Miner, Deputy Clerk

HM/hm

Status Report

MC-275

Name **Eugene Orange** PER, SE

Address **Kern Valley State Prison**

**Delano, California 93216**

**P.O. BOX- 5103,**

CDC or ID Number **V-64598**

SUPREME COURT
FILED

OCT 17 2007

Frederick K. Ohlrich Clerk

_____ Deputy

IN THE SUPREME COURT OF
THE STATE OF CALIFORNIA.
(Court)

| Eugene Orange |
|---|
| Petitioner |
| vs. |
| Hedgepeth, Warden K.V.S.P. State of California. |
| Respondent **E. G. BROWN**, A.General. |

PETITION FOR WRIT OF HABEAS CORPUS

No. **S157283**

(To be supplied by the Clerk of the Court)

### INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.
- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

RECEIVED
OCT 17 2007
CLERK SUPREME COURT

Approved by the Judicial Council of California for use under Rule 60 of the California Rules of Court [as amended effective

Civil No. 08-0767 BTM (WMc)

S157283

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re EUGENE ORANGE on Habeas Corpus

The petition for writ of habeas corpus is denied.

SUPREME COURT
FILED
APR - 9 2008
Frederick K. Ohlrich Clerk
_____
Deputy

GEORGE
Chief Justice