IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EUGENE ORANGE,**<br><br>Petitioner,<br><br>v.<br><br>**A. HEDGEPETH, WARDEN,**<br><br>Respondent. | 08CV0767 BTM (WMc)<br><br>**ORDER GRANTING ENLARGEMENT OF TIME TO FILE A RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS** |

Upon the Motion of the Respondent and good cause appearing therefor,

IT IS HEREBY ORDERED that the time to file a response to the pending Petition for Writ of Habeas Corpus, is extended **up to and including August 14, 2008**.

**Petitioner will have 30 days** from the date of service of the response to file a reply.

**IT IS SO ORDERED.**

DATED: July 1, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

Case No. 08CV0767 BTM (WMc)

1