1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GARY W. SCHONS
Senior Assistant Attorney General
4 | KEVIN VIENNA
Supervising Deputy Attorney General
5 | DOUGLAS P. DANZIG, State Bar No. 153048
Deputy Attorney General
6 | 110 West A Street, Suite 1100
San Diego, CA 92101
7 | P.O. Box 85266
San Diego, CA 92186-5266
8 | Telephone: (619) 645-2285
Fax: (619) 645-2271
9 | Email: Doug.Danzig@doj.ca.gov

10 | Attorneys for Respondent

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13 |

14 | **EUGENE ORANGE,**                    | 08CV0767 BTM (WMc)

15 |                          Petitioner,  | **NOTICE OF LODGMENT**

16 |          v.

17 | **A. HEDGEPETH, WARDEN,**

18 |                         Respondent.

19
20
21
22
23
24
25
26
27
28

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  KEVIN VIENNA
   Supervising Deputy Attorney General
5  DOUGLAS P. DANZIG, State Bar No. 153048
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-2285
    Fax: (619) 645-2271
9   Email: Doug.Danzig@doj.ca.gov

10  Attorneys for Respondent

11            IN THE UNITED STATES DISTRICT COURT

12         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14  **EUGENE ORANGE,**                          08CV0767 BTM (WMc)

15                          Petitioner,         **NOTICE OF LODGMENT**

16       v.

17  **A. HEDGEPETH, WARDEN,**

18                          Respondent.

19

20          Pursuant to this Court's Order dated May 5, 2008, Respondents request the following

21  records be lodged with the court:

22          1.   A copy of the Clerk's Transcript from Petitioner's direct appeal in State court, case

23  number D045936.

24          2.   A copy of the California Court of Appeal's opinion in case number D045936.

25          3.   A copy of the Petition For Rehearing that Petitioner filed in case number D045936.

26          4.   A copy of the California Court of Appeal's order denying rehearing in case number

27  D045936.

28  ///

08CV0767 BTM (WMc)

1    5.    A copy of the Petition For Review that Petitioner filed with the California Supreme

2  Court, case number S143632.

3    6.    A copy of the California Supreme Court's order denying the Petition For Review in

4  case number S143632.

5    7.    A copy of the Reporter's Transcript from Petitioner's direct appeal in State court.

6    8.    A copy of the "Appellant's Opening Brief" from Petitioner's direct appeal in State

7  court.

8    9.    A copy of the "Respondent's Brief" from Petitioner's direct appeal in State court.

9    10.   A copy of the "Appellant's Reply Brief" from Petitioner's direct appeal in state court.

10    11.   A copy of the Petition For Writ Of Certiorari that Petitioner filed with the Supreme

11  Court of the United States, docket number 06-6997.

12    12.   A copy of the Supreme Court of the United States' order denying certiorari in docket

13  number 06-6997.

14    13.   A copy of the Petition For Writ Of Habeas Corpus that Petitioner filed with the

15  California Supreme Court, case number S157283.

16    14.   A copy of the California Supreme Court's order denying the habeas petition in case

17  number S157283.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Eugene Orange v. A. Hedgepeth, Warden, et al.**

No.:    **08cv0767 BTM (WMc)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266.

On August 25, 2008, I served the attached **NOTICE OF LODGMENT** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

Eugene Orange
# V-064598
Kern Valley State Prison
P.O. Box 5103
Delano, CA 93216-5103

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 25, 2008, at San Diego, California.

| D. Perez | | Signature |
|----------|--|-----------|
| Declarant | | |

70134508.wpd