1  Eugene Orange CDC#
   Kern Valley State Prison
2  P.O. Box 5103
   Delano, CA. 93216-5103
3
   PETITIONER IN PROPRIA PERSONA
4

```
┌─────────────────────────┐
│         FILED           │
│  ┌──────────────────┐   │
│  │    SEP - 2 2008   │   │
│  └──────────────────┘   │
│  CLERK, U.S. DISTRICT COURT │
│ SOUTHERN DISTRICT OF CALIFORNIA │
│ BY   KM          DEPUTY │
└─────────────────────────┘
```

5              IN THE UNITED STATES DISTRICT COURT

6            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

7  EUGENE ORANGE,            )    Civil No. 08-0767 BTM (WMc)
                             )
8         Petitioner         )    PETITIONER'S APPLICATION FOR AN
                             )    ENLARGEMENT OF TIME BY WHICH TO FILE
9  V.                        )    TRAVERSE TO RESPONDENT'S ANSWER.
                             )
10 ANTHONY HEDGPETH, et al., )
                             )
11        Respondents        )

12        Petitioner Eugene Orange hereby moves this Court for a sixty-day

13 enlargement of time by which to file his Traverse to Respondent's Answer to

14 his 28 U.S.C. §2254 Petition. This request is being made for good cause as

15 set forth in the following declaration.

16                    DECLARATION OF EUGENE ORANGE

17        I, Eugene Orange, hereby declare as follows:

18        1. I am the petitioner in the above-entitled action and a state priso-

19 ner. I am proceeding pro per and in forma pauperis.

20        2. I am physically disabled and I have no formal training in the law.

21 As such, I have to seek the assistance of another inmate in order to prepare

22 and submit a Traverse in this matter.

23        3. In addition to the above, I am only allowed to attend the prison

24 law library once a week for two (2) hours of legal research, and even then,

25 I may not receive two hours depending upon the availability of a computer.

26 //

27 //

28 //

                              1.

4. An inmate has agreed to assist me in the preparation of my Traverse in this matter. However, I was informed that it would be impossible to have it done within thirty (30) days.

5. Therefore, I request that this Court grant a sixty-day enlargement of time by which to file my Traverse.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:

8-28-08

Respectfully Submitted:

Eugene Orange
Petitioner In Pro Per

2.

VERIFICATION

(C.C.P. §§ 446, 2015.5; 28 U.S.C. § 1746)

I, *Eugene ORANGE*, declare under the penalty of perjury that:

I am the *PETITIONER Eugene ORANGE* in the attached matter; I have read the foregoing document(s) and know the contents thereof; that the same is true of my own personal knowledge, and if called to testify as to the contents thereof, I could do so competently as a sworn witness.

Executed this __28__ day of __AUGUST__, 20 __08__, at Kern Valley State Prison, Delano, CA. 93216-5101.

*Eugene Orange*
Declarant

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

DECLARATION OF SERVICE BY MAIL

(C.C.P. §§ 446, 2015.5; 28 U.S.C. § 1746)

I, *Eugene ORANGE*, declare: That I am a resident of Kern Valley State Prison, Delano, California; I am over the age of 18 years; ( [] I am / [] ~~a~~ ) a party to the above entitled action; My address is P.O. Box 5101, Delano, California 93216-5101. I served the attached document(s) entitled; *APPLICATION FOR AN ENLARGEMENT OF TIME BY WHICH TO FILE TRAVERSE TO RESPONDENT'S ANSWER*

On the persons/parties specified below by placing a true copy of said document(s) into a sealed envelope with the appropriate postage affixed thereto and placing said envelope(s) into the United States Mail in a deposit box provided for at the Kern Valley State Prison, Delano, California, addressed as follows: *UNITED STATE DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA OFFICE OF THE CLERK 880 FRONT STREET, SUITE 4290 SAN DIEGO, CA 92101-8900 OFFICE OF THE ATTORNEY GENERAL 110 WEST A STREET, SUITE 1100 SAN DIEGO, CA 92101-8800*

There is First Class mail delivery service by the United States Mail at the places so addressed and/or regular communication by mail between the place of mailing and the addresses above. I declare under the penalty of perjury that the foregoing is true and correct and that I executed this service on this __28__ day of __AUGUST__, 20 __08__, at Kern Valley State Prison, Delano, California.

*Eugene Orange*
*Eugene ORANGE*