IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EUGENE ORANGE,** | 08CV0767 BTM (WMc) |
| Petitioner, | **ORDER GRANTING ENLARGEMENT OF TIME TO FILE TRAVERSE** [DOC. NO. 13] |
| v. | |
| **A. HEDGEPETH, WARDEN,** | |
| Respondent. | |

Upon the Motion of the Petitioner [Doc. No. 13] and good cause appearing therefor,

IT IS HEREBY ORDERED that the time to file a traverse is extended **up to and including October 31, 2008**.

**IT IS SO ORDERED.**

DATED: September 4, 2008

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

Case No. 08CV0767 BTM (WMc)

1